

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10488 |
| Plaintiff - Appellee, | D.C. No. 4:14-cr-00741-RM-DTF-1 |
| v. | |
| HECTOR NAPOLEON SANTOS, a.k.a. Hector Napoleon-Santos, a.k.a. Hector Napoleon Santos, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Rosemary Marquez, District Judge, Presiding

Submitted October 26, 2015**

Before: HUG, FARRIS, and CANBY, Circuit Judges.

Hector Napoleon Santos appeals from the district court's judgment and

challenges his guilty-plea conviction and 43-month sentence for attempted illegal

re-entry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v.*

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*California,* 386 U.S. 738 (1967), Santos's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Santos the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Santos has waived the right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the waiver, we dismiss Santos's appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**